The Honorable Karen A. Overstreet
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>PETER D. HACKINEN,<br><br>Debtor. | Case No. 09-17051<br><br>Adversary No.<br><br>COMPLAINT TO STRIP OFF JUNIOR LIEN OF FIRST HORIZON NATIONAL CORPORATION |
| PETER D. HACKINEN,<br><br>Plaintiff,<br><br>v.<br><br>FIRST HORIZON NATIONAL CORPORATION,<br><br>Defendant. | |

Debtor-Plaintiff Peter D. Hackinen ("Debtor"), by and through his attorneys, Christina Latta Henry and Seattle Debt Law LLC, allege as follows:

## I. JURISDICTION AND VENUE

1.1 This adversary proceeding is brought pursuant to Federal Rule of Bankruptcy Procedure 7001 and 11 U.S.C. §§ 1322(b)(2).



SEATTLE DEBT LAW, LLC
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

1.2 This Court has subject matter jurisdiction over this adversary proceeding under 28 U.S.C. §§ 157 and 1334.

1.3 Venue is proper in this district pursuant to 28 U.S.C. § 1409.

1.4 This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## II. PARTIES

2.1 Debtor is a Washington State resident who currently resides in the city of Seattle in King County, Washington.

2.2 Defendant First Horizon National Corporation is a Tennessee corporation headquartered in Memphis, Tennessee.

## III. APPLICABLE LAW

3.1 The substantive rights of the parties in this proceeding are governed by Title 11 of the U.S. Code (hereinafter "Bankruptcy Code"), the laws of the State of Washington to the extent that law is not displaced by the Bankruptcy Code, and other Federal law.

## IV. FACTS

4.1 Debtor filed a voluntary Chapter 13 petition under Title 11 of the U.S. Bankruptcy Code on July 16, 2009.

4.2 Debtor owns a residence located at 624 N. 138th St, Seattle, WA 98133 ("the Residence").

4.3 Debtor's bankruptcy schedules list two claims putatively secured by the Residence. The approximate amounts of these liens, in order of priority, are as follows:

| | |
|---|---|
| First Horizon Home Loans, #7043 | $272,991 |
| First Horizon Home Loans, #0274 | $30,576 |

SEATTLE DEBT LAW, LLC
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

4.4 Debtor' bankruptcy schedules filed on August 3, 2009, list the fair market value of the Residence at $270,000.

## V. COUNT I: VALIDITY OF DEFENDANTS' LIENS UNDER THE BANKRUTPCY CODE

5.1 All above paragraphs relevant hereto are incorporated herein by reference.

5.2 Debtor's Residence is valued at $270,000. The senior lien on the Residence is approximately $272,000.

5.3 Defendant's putatively secured claim, loan #0274, is wholly unsecured because the value of his Residence is less than the claimed amount of the senior lien against the residence.

5.4 Defendant's wholly unsecured claim is not allowed secured claims under 11 U.S.C. § 506(a).

5.5 Defendant's lien is void under 11 U.S.C. § 506(d) and may be stripped off under 1322(b)(2).

5.6 Debtor may treat Defendant's claim as general unsecured claims in his Chapter 13 plan.

## VI. PRAYER FOR RELIEF

WHEREFORE, the Debtor respectfully prays that this Court enter a judgment declaring the following:

6.1 The junior lien of First Horizon Home Loans, loan #0274, is wholly unsecured based on the value of Debtor' Residence and the amount owing on the senior lien held by First Horizon Home Loans, #7043;

6.2 Defendant's lien, for loan #0274, is therefore stripped off; and

SEATTLE DEBT LAW, LLC
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

6.3 Debtor may treat the claim of Defendant First Horizon Home Loans, loan #0274, as a general unsecured claim in their Chapter 13 plan.

DATED this 10th day of August, 2009.

SEATTLE DEBT LAW, LLC

By: */s/ Christina Latta Henry*
Christina Latta Henry, WSBA #31273
Attorney for Debtor

COMPLAINT TO STRIP OFF JUNIOR LIEN OF FIRST HORIZON NATIONAL CORPORATION - 4

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148