1

2

The Honorable Karen A. Overstreet
Chapter 13
Ex Parte

3

4

5

6

7

8

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

IN RE:

10

PETER D. HACKINEN,

11

12

      Debtor(s).

13

14

_____

PETER D. HACKINEN,

15

      Plaintiffs,

16

v.

17

FIRST HORIZON NATIONAL
CORPORATION,

18

19

      Defendants.

_____

Case No. 09-17051-KAO

Adversary Case No. 09−01341−KAO

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR
DEFAULT

20

   THIS MATTER having come Ex Parte before the Judge of the above-entitled Court upon

21

the Plaintiff's Motion for Default and Default Judgment against Defendant First Horizon

22

National Corporation (hereinafter "Defendant"), and Plaintiff being represented by his attorneys,

23

Christina Latta Henry and Seattle Debt Law, LLC and Defendant having failed to appear, answer

24

or plead herein and the Court having considered the Plaintiff's Motion for Default, the

25

Declaration of Christina Latta Henry in support of the same and being otherwise fully advised in

26

the premises, NOW, THEREFORE, it is hereby

27

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT
(09-17051-KAO ) - 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE., SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

ORDERED, ADJUDGED and DECREED that Plaintiff's Order of Default is hereby granted.

DATED this ___ day of September, 2009.

*Karen A. Overstreet*

**United States Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Presented by:

SEATTLE DEBT LAW, LLC


_____*/s/ Christina Latta Henry*_____
Christina Latta Henry, WSBA 31273
Attorney for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT
(ADVERSARY CASE NO.) - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE., SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148