The Honorable Karen A. Overstreet
Chapter 13
Ex Parte

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

PETER D. HACKINEN,

      Debtor(s).

---

PETER D. HACKINEN,

      Plaintiffs,

v.

FIRST HORIZON NATIONAL CORPORATION,

      Defendants.

Case No. 09-17051-KAO

Adversary Case No. 09−01341−KAO

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

  THIS MATTER having come Ex Parte before the Judge of the above-entitled Court upon the Plaintiffs' Motion for Default and Default Judgment against Defendant First Horizon National Corporation (hereinafter "Defendant"), and Plaintiff being represented by his attorneys, Christina Latta Henry and Seattle Debt Law, LLC and Defendant having failed to appear, answer or plead herein and the Court having considered the Plaintiff's Motion for Default Judgment, the Declaration of Christina Latta Henry in support of the same and being otherwise fully advised in the premises, NOW, THEREFORE, it is hereby

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT
(09-17051-KAO   ) - 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

Case 09-01341-KAO    Doc 11    Filed 09/23/09    Ent. 09/23/09 10:18:48    Pg. 1 of 2

ORDERED, ADJUDGED and DECREED that Plaintiff's Order of Default Judgment to immediately strip off the junior lien for Statutory Warranty Deed #199405161234 filed for record in King County on May 16th, 1994 and held by City Bank is hereby granted; and that this lien avoidance will remain in effect regardless of when the Chapter 13 bankruptcy is completed, converted ~~or dismissed~~.

DATED this ___ day of September, 2009.

*/s/ Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

SEATTLE DEBT LAW, LLC

*/s/ Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT
(ADVERSARY CASE NO.) - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE., SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

Case 09-01341-KAO    Doc 11    Filed 09/23/09    Ent. 09/23/09 10:18:48    Pg. 2 of 2
Case 09-01341-KAO    Doc 6    Filed 09/17/09    Entered 09/17/09 13:54:59    Page 2 of 2